No. 89–5546. CORBIT *v.* HOTEL REDMONT ET AL. Sup. Ct. Ala. Certiorari denied.

No. 89–5603. MOORE *v.* VIRGINIA. Ct. App. Va. Certiorari denied.

No. 89–5622. SCHOOLCRAFT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 89–5636. SMITH *v.* MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–5638. BARTE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–5755. GALLAGHER *v.* HOLLAND. C. A. 6th Cir. Certiorari denied.

No. 89–5756. GALLAGHER *v.* CURL. C. A. 6th Cir. Certiorari denied.

No. 89–5757. GALLAGHER *v.* CURL ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–5758. HAYES *v.* BE&K CONSTRUCTION CO. C. A. 4th Cir. Certiorari denied.

No. 89–5759. TREADWAY *v.* ESTELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 89–5777. LEBLANC *v.* JANI-KING, INC., ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 89–5779. JOHNS *v.* YEE. Sup. Ct. Haw. Certiorari denied.

No. 89–5780. HARTMANN *v.* HARTMANN ET AL. Ct. App. Mich. Certiorari denied.

No. 89–5781. MCCLEARY *v.* RAY. C. A. 5th Cir. Certiorari denied.

No. 89–5785. GAMBRELL *v.* MARTIN ET AL. Super. Ct. N. J., App. Div. Certiorari denied.